**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT EUGENE REICHNER, JR.,** | : | **No. 3:25-CV-1325** |
| | : | **(Caraballo, M.J.)** |
| **Plaintiff** | : | |
| **v.** | : | |
| **FRANK J. BISIGNANO, Commissioner of Social Security Administration,** | : | |
| **Defendant** | : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. The plaintiff's appeal (Doc. 1) is **GRANTED**;
2. The Commissioner's decision denying the plaintiff's claim for Title II disability insurance benefits is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with the Memorandum;

3. The Clerk of Court is directed to **ENTER JUDGMENT IN FAVOR OF THE PLAINTIFF AND AGAINST THE DEFENDANT**; and

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Date: October 9, 2026

***s/ Phillip J. Caraballo***
Phillip J. Caraballo
United States Magistrate Judge